UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br>    Plaintiff, <br><br> v. <br><br> LEGALON TECHNOLOGIES, INC., <br><br>    Defendant. | Case No. 22-cv-07627-TLT (AGT) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 36, 46, 47 |

Defendant's request to stay all discovery until the Court resolves the pending motion to dismiss (dkt. 47) is denied. Defendant's motion to dismiss makes a factual attack on subject-matter jurisdiction. *See* Dkt. 25 at 11–15. In doing so, the motion relies on a declaration from defendant's CEO. *See* Dkt. 25-1. If the Court were to stay all discovery, plaintiff wouldn't have the opportunity to test that declaration and would be limited in its ability to offer facts in support of jurisdiction. Plaintiff may seek discovery on the issues raised in the motion to dismiss.

Plaintiff has already noticed several depositions, and defendant has indicated an intent to oppose those depositions. *See* Dkt. 46. If the parties are unable to resolve their dispute, they must file a joint statement with the Court. A joint statement should be filed instead of a motion to quash.

Plaintiff's administrative motion to confirm that discovery is open with respect to all defenses raised in the motion to dismiss (dkt. 36) is granted.

**IT IS SO ORDERED.**

Dated: April 21, 2023

Alex G. Tse <br>
United States Magistrate Judge