UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br> Plaintiff, <br><br> v. <br><br> LEGALON TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 22-cv-07627-TLT (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 55 |

On or before May 30, 2023, plaintiff may depose Daniel Lewis, defendant's CEO, for up to four hours. The questions asked must be reasonably related to the statements Lewis made in his declaration offered in support of defendant's motion to dismiss. *See* Dkt. 25-1.

Plaintiff hasn't convinced the Court that the other proposed depositions (of Jeffrey Shimamoto, Paul Drobot, and Corey Longhurst) would uncover information relevant to defendant's motion to dismiss. Defendant need not make these other proposed witnesses available.

This order doesn't limit or otherwise address the scope of discovery in *LegalForce RAPC Worldwide, P.C. v. LegalForce, Inc.*, No. 22-cv-03724-TLT.

**IT IS SO ORDERED.**

Dated: May 12, 2023

Alex G. Tse
United States Magistrate Judge