UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C, <br><br> Plaintiff, <br><br> v. <br><br> LEGALON TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 22-cv-07627-TLT (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 63 |

Plaintiff's request that counsel be allowed to use his iPhone to video record Daniel Lewis's deposition is denied. The deposition may be recorded only by a neutral third party.

The Court held that all questions asked at Lewis's deposition "must be reasonably related to the statements Lewis made in his declaration offered in support of defendant's motion to dismiss." Dkt. 59. To the extent that plaintiff is now asking the Court to reconsider that prior ruling, *see* dkt. 63 at 3, plaintiff hasn't articulated why the Court should do so, or why questioning on other topics is needed or appropriate. The request for reconsideration is denied.

Defendant refers to an agreement the parties reached about a second deposition of Lewis if the case continues after defendant's motion to dismiss. *See* Dkt. 63 at 6. Defendant has asked the Court to "document[]" that agreement "in any order on this motion." *Id.* The Court declines to do so. The Court expects the parties to work together during discovery and to reach agreements along the way. A court order isn't needed to memorialize such an agreement.

**IT IS SO ORDERED.**

Dated: May 31, 2023

Alex G. Tse
United States Magistrate Judge